NUMBER 13-06-511-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________

 

IN RE: JOEL GALARZA 


__________________________________________________________________


On Petition for Writ of Mandamus and 


Verified Emergency Motion to Stay Further Proceedings

__________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Garza


Per Curiam Memorandum Opinion (1)



 Relator, Joel Galarza, filed a petition for writ of mandamus in the above cause
on September 14, 2006. The Court, having examined and fully considered the petition
for writ of mandamus with appendix and record, is of the opinion that relator has not
shown himself entitled to the relief sought. Accordingly, relator's petition for writ of
mandamus is denied. See Tex. R. App. P. 52.8(a).

 Furthermore, relator's verified emergency motion to stay further proceedings
filed on September 14, 2006, is also denied.


 PER CURIAM


Justice Garza not participating.


Memorandum Opinion delivered and 

filed this 14th day of September, 2006.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).